JOHN WISZ, Appellant, *v.* GLENS FALLS INSURANCE COMPANY OF GLENS FALLS, NEW YORK, Respondent.

*Wisz* v. *Glens Falls Ins. Co.*, 161 App. Div. 911, affirmed. (Argued April 19, 1916; decided May 9, 1916.)

APPEAL from a judgment, entered January 26, 1914, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover upon a policy of fire insurance. The answer

alleges that the policy contains a provision that the property insured should continue to be occupied by the said John Wisz and his family solely and wholly as a private family residence and farm and that in derogation and violation of such conditions the premises ceased to be occupied as a private family residence and were occupied by others.

*Eugene Warner* for appellant.

*Vernon Cole* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.